FEBRUARY 20, 1950.*

*Per Curiam Decisions.*

No. 373.    COHNSTAEDT *v.* IMMIGRATION AND NATURAL-
IZATION SERVICE.   Certiorari, 338 U. S. 890, to the Su-
preme Court of Kansas.   Argued February 7, 1950.   De-
cided February 20, 1950.   *Per Curiam:* The judgment is
reversed.   *Girouard* v. *United States,* 328 U. S. 61.   THE
CHIEF JUSTICE, MR. JUSTICE REED, and MR. JUSTICE
CLARK dissent.   *Osmond K. Fraenkel* argued the cause
and filed a brief for petitioner.   *L. Paul Winings* argued
the cause for respondent.   With him on the brief were
*Solicitor General Perlman, Joseph W. Bishop, Jr.* and
*Charles Gordon.*